[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**PC SCAN**



**FILED** SMB
2/5/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Adam Titus #R-43512.

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 1-23-CV-02036
(To be supplied by the Clerk of this Court)

Placement officer Thornton

WARden Gomez

maintenance Supervisor John/Jane DOE

Correctional officer John DOE #1

Correctional officer John DOE #2

Correctional officer John DOE #3    continued on page #1A

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**        **AMENDED COMPLAINT**

✓ ____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

correctional officer John DOE #4
correctional officer John POE #5
correctional officer Jane DOE #6
correctional officer John DOE #7
correctional officer John DOE #8
correctional officer Jane DOE #9
correctional officer John DOE #10
correctional officer John DOE #11
correctional officer Jane DOE #12
correctional officer John DOE #13
correctional officer John DOE #14
correctional officer Jane DOE #15
correctional officer John DOE #16
correctional officer John DOE #17
correctional officer John DOE #18
correctional officer Jane DOE #19
correctional officer Jane DOE #20
correctional officer John DOE #21
correctional officer John DOE #22
correctional officer Jane DOE #23

Page # 1A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.**   **Plaintiff(s):**

A.   Name: Adam Titus

B.   List all aliases: NONE

C.   Prisoner identification number: #R-43512

D.   Place of present confinement: Stateville correctional center

E.   Address: P.o. box 112 Joliet, IL, 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Correctional officer Thornton

Title: Placement

Place of Employment: Stateville corr center

B.   Defendant: Correctional maintenance officer Supervisor (Jphn/Jane Doe)

Title: Maintenance supervisor

Place of Employment: Stateville corr center

C.   Defendant: Gomez

Title: WArden

Place of Employment: Stateville corr center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Continued on Page 2A, 2B, 2C

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Defendant: correctional officer John Doe #1
   Title: correctional officer
   Place of Employment: Stateville corr center

E. Defendant: correctional officer John Doe #2
   Title: correctional officer
   Place of Employment: Stateville corr center

F. Defendant: correctional officer Jane Doe #3
   Title: correctional officer
   Place of Employment: Stateville corr center

G. Defendant: correctional officer John Doe #4
   Title: correctional officer
   Place of Employment: Stateville corr center

H. Defendant: correctional officer John Doe #5
   Title: correctional officer
   Place of Employment: Stateville corr center

I. Defendant: correctional officer Jane Doe #6
   Title: correctional officer
   Place of Employment: Stateville corr center

J. Defendant: correctional officer John Doe #7
   Title: correctional officer
   Place of Employment: Stateville corr center

K. Defendant: correctional officer John Doe #8
   Title: correctional officer
   Place of Employment: Stateville corr center

Page #2A

L. Defendant: correctional officer Jane Doe #9
   Title: correctional officer
   Place of Employment: Stateville corr center

M. Defendant: correctional officer John Doe #10
   Title: correctional officer
   Place of Employment: Stateville corr center

N. Defendant: correctional officer John Doe #11
   Title: correctional officer
   Place of Employment: Stateville corr center

O. Defendant: correctional officer Jane Doe #12
   Title: correctional officer
   Place of Employment: Stateville corr center

P. Defendant: correctional officer John Doe #13
   Title: correctional officer
   Place of Employment: Stateville corr center

Q. Defendant: correctional officer John Doe #14
   Title: correctional officer
   Place of Employment: Stateville corr center

R. Defendant: correctional officer Jane Doe #15
   Title: correctional officer
   Place of Employment: Stateville corr center

S. Defendant: correctional officer John Doe #16
   Title: correctional officer
   Place of Employment: Stateville corr center

Page #23

T. Defendant: correctional officer John Doe #17
Title: correctional officer
Place of Employment: Stateville corr center

U. Defendant: correctional officer John Doe #18
Title: correctional officer
Place of Employment: Stateville corr center

V. Defendant: correctional officer Jane Doe #19
Title: correctional officer
Place of Employment: Stateville corr center

W. Defendant: correctional officer Jane Doe #20
Title: correctional officer
Place of Employment: Stateville corr center

X. Defendant: correctional officer John Doe #21
Title: correctional officer
Place of Employment: Stateville corr center

Y. Defendant: correctional officer John Doe #22
Title: correctional officer
Place of Employment: Stateville corr center

Z. Defendant: correctional officer Jane Doe #23
Title: correctional officer
Place of Employment: Stateville corr center

Page #2c

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: Adam Titus v. Aaron Sthit-cox, nicholas Blyan, Dustin Hagel, martin matherly, shawn Thrush, and David underwood — 4:16 cv 04251

B.   Approximate date of filing lawsuit: November 22, 2016

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D.   List all defendants: Aaron Sthit-cox, nicholas Blyan, Dustin Hagel, martin matherly, shawn Thrush, and david underwood

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central District

F.   Name of judge to whom case was assigned: Colin Stirling Bruce

G.   Basic claim made: Excessive force, failure to intervene, deliberate indifference. continued on page 3A

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): may 4, 2018, yes, no appeal, no,

I.   Approximate date of disposition: MAY 4, 2018

continued on Page 3A, 3B - 3m

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

On June 9, 2016, subjected him to Excessive force failure to intervene And deliberate indifference, As Plaintiff asked C.O. Hodgeman if he could speak to an supervising officer about the Extreme heat, and was denied then Hodgeman left and defendant Cox Arrived and told Plaintiff to cuff up, then the Plaintiff asked to speak to a Lieutenant. Then Cox sprayed the Plaintiff in the face with a chemical Agent then members of Tact team Arrived slammed Plaintiff to the ground and began punching the Plaintiff even though the Plaintiff was in handcuffs And not combative.

Page 3A

A. Name of case And docket number
Plaintiff Adam litus
Defendants Klaushvaal - 1:17-CU-01535

B. Approximate date of filing lawsuit: november 28, 2017

C. list all Plaintiffs: Adam litus

D. list all defendants: Klaushvaal, Doctor Tilden, nurse
shawny, nurse Jane Doe #1, mental Health John Doe #1-8
med-tech Jane Doe #1 et AL.

E. court in which the lawsuit was filed (if federal
court, name the district: if state court, name the county);
Central District

F. Name of Judge to whom case was assigned:
micheal m. mihm

G. Basic claim made: Excessive force, deliberate
indifference, Plaintiff was being escorted by Defendant
Klaushvaal who was pushing plaintiff as they walked
when they reached the stairs Plaintiff asked Defendant
Klaushvaal to stop pushing him, as he had extreme
back pain, as plaintiff was descending the stairs,
Defendant pushed plaintiff down the stairs, then
Plaintiff was taken to healthcare where defendants
nurse shawna And nurse Jane Doe left Plaintiff
to sit in pain And other defendants "Jane And John
Doe's then Plaintiff was seen by defendant Dr. Tilden
Page 3B

several Hours later and denied medical treatment
and food was he was admitted to the Healthcare
unit and kept from December 13 through 16,
2016, Then Plaintiff states that on December 16, 2016
C.O. John Doe's came to Healthcare entered Plaintiff
cell and forced him to the ground then picked
him up by the arms and dropped Plaintiff to the
floor.

H. Disposition of this case was the case
dismissed? was it Appealed? is it still pending?)
Still pending, then it was dismissed

I. Approximate date of disposition: was 1-14-20

Page 3c

A. Name of case and docket number
Plaintiff, Adam Titus
Defendants, Jacob A. McDonald,
4-17-cv-04009

B. Approximate date of filing lawsuit: January 9, 2017

C. List all Plaintiffs: Adam Titus

D. List all Defendants: Jacob A. McDonald, Coley Smith

E. Court in which the lawsuit was filed (if federal court, name the district: if state court, name the county); Central district

F. Name of Judge to whom case was assigned: Sue E. myerscough

G. Basic claim made: Excessive force, deliberate indifference, failure to intervene Plaintiff was escorted by defendants to his cell, as plaintiff entered the cell Defendant mcDonald shoved Plaintiff to the Floor by grabbing him by the back of the neck, then both Defendant Denied Plaintiff medical treatment After Plaintiff requests And failure to intervene on Defendant smith.

H. Disposition of this case was the case dismissed? was it Appealed? is it still pending?) still pending.

Page 30

I. Approximate date of disposition: N/A

Page 3E

A. Name of case And docket number
Plaintiff Adam Titus
Defendants, Kyle Kent
1:17-cv-01249

B. Approximate date of filing lawsuit: June 2, 2017

C. list all Plaintiffs: Adam Titus

D. list all Defendants: Kyle Kent, sekay: BAptist,
Shawna Jonesor, Weston Glesham, Christopher Brubaker,
James Boland, leo smith, Terry Johnson, Heather maufy,
Jodi monroe Stevson Hanson, AAron Rhoades, Robert snyder,
Shelton Williams, Jod newKirk, Brian Biros, mental
Health Jane Doe #1, mental Health Jane Doe #2.

E. court in which the lawsuit was filed (if
federal court, name the district; if state court
name the county): central District

F. name of Judge to whom case was assigned:
Sue E. myerscough

G. Basic claim made: Excessive force, deliberate
indifference, Plaintiff states Defendant Kent on
1-4-19 applied handcuffs tightly And then punched
Plaintiff in the back while escorting Plaintiff down
the stairs causing Plaintiff to fall. Then Plaintiff
was restrained on a bench for over seven hours
as Plaintiff urinated And defecated on himself.
The next day Plaintiff was denied his pain
Page 3F

medication by c.o. marly.

H. Disposition of this case, was the case dismissed?
was it appealed? is it still pending? still pending

I. Approximate date of disposition: N/A

page 3 G

A. Name of case And docket number
Plaintiff, Adam Titus
Defendants, David mitchell, C.O. John Doe's #1-9
Mental Health Jane Doe #1, med-tech Jane Doe #1-3,
SArgeant John Doe #1, wexfold Health Services et. AL,
3:17-cv-01297
B. Approximate date of filing lawsuit: november 30, 2017

C. list all Plaintiffs: Adam Titus

D. list all Defendants: David mitchell, C.O. John Doe's #1-9
mental Health Jane Doe #1, med-tech Jane Doe #1-3, SArgeant
John Doe #1 wexfold Health Services et. AL,

E. court in which the lawsuit was filed (if
federal court, name the district; if state court,
name the county); southern District

F. name of Judge to whom case was assigned;
Nancy > Rosenstengel

G. Basic claim made: Excessive force, deliberate
indifference. Plaintiff states that on June 16, 2017,
Plaintiff was tackled by three prison guards John,
Doe's and slammed to the ground. Then Plaintiff
was restrained And John Doe Defendants Punched
Plaintiff in the face, back repeatedly while covering
the handcuffs while placing Plaintiff in a headlock
And twisting Plaintiffs wrist. Then lieutenant
mitchell walked up and Kicked Plaintiff in the
face And grabbed him by the leg And twisted

Page 3H

it. Then Plaintiff was taken to healthcare by
C.O. John DOES as Plaintiff requested medical
attention. Then Plaintiff was seen by nurses as
a group of guards "C.O."s entered and began
to punch and knee Plaintiff in the back, face
and head. Then Plaintiff was dragged to the
front of segregation as three prison guards
kneed and punched plaintiff while calling
Plaintiff derogatory names. Plaintiff was taken
to the shower and requested medical attention
to John Doe's C.O.'s. Then Plaintiff was placed
in a cell as John DOE's C.O.'s took Plaintiff
to med-tech's as plaintiff tried to explain his
injuries but was ignored. Then Plaintiff was
taken to my cell while C.O.'s twisted Plaintiffs
wrist and Plaintiff requested medical treatment.

H. Disposition of this case, was the case
dismissed? was it Appealed? is it still pending?)
Still pending

I. Approximate date of disposition: n/A

Page 5I

A. name of case and docket number
Plaintiff, Adam Titus
Defendants, melvin.
1:18-cv-01097

B. Approximate date of filing lawsuit: march 5, 2018

C. list All Plaintiffs: Adam Titus

D. list All Defendants: melvin, Steven mead,
TRT John Doe, et. AL

E. court in which the lawsuit was filed (if
federal court name the district; if state court
name the county); central district

F. name of Judge to whom case was assigned:
James E. Shadid

G. On June 16, 2017 Plaintiff was transferred and subjected
to Excessive force And cruel And unusual punishment
by Pontiac correctional center officers as he was
transported, And was forced into a small metal Box
on top of two other inmates plaintiff complained
And his complaints where ignored as the TRT officers
Taunted, harassed And drove recklessly in the van
causing pain on plaintiff physically as he was
being tossed around in the box of the van, as well
as the restraints where or tight, then on June 19, 2017
plaintiff arrived at Pontiac correctional center
Page 35

And tied to explain his injuries and was ignored
then plaintiff was escorted by TRT mead, as he twisted
plaintiff's handcuffs causing pain on plaintiff as plaintiff
stumbled, next plaintiff entered the cell and then
TRT mead slammed plaintiff's face into the ground
before he exited the cell. Plaintiff requested
medical attention. Plaintiff sustained physical
injuries and mental,

H. Disposition of this case, was the case
dismissed? was it Appealed? is it still
Pending?) went to trial And was dismissed
plaintiff is Appealing And denied

I. Approximate date of disposition? June 8, 2022

Page 16

A. name of case And docket number
Plaintiff: Adam Titus
Defendant: DOES 10-20 et. AL - 3' 17-CU-01315

B. Approximate date of filing lawsuit:

C. list all Plaintiffs: Adam Titus

D. list all Defendants: DOE'S 10-20, Major Westfall
C.O. Cofan, C.O. weaver, C.O. webb, Lieutenant Samuels,

E. court in which the lawsuit was filed (if federal
court, name the district: if state court, name the
county); southern District

F. name of Judge to whom case was assigned:
Gilbert C. Sison

G. Basic claim made: Harrassment And threats, on
April 5, 2017 Plaintiff was Konstered to munsfrd Plaintiff
wore an black and white stiped Jumpsuit, while other
Inmates had on yellow Jumpsuits. As Plaintiff was getting
of the bus, C.O. John Doe #10 stated to C.O. John Doe #11,
12,13,14, and 15 "we got A stifer." As plaintiff walked
toward these guards they got in his face And told him,
"this is mensfrd," we going to beat your ass down
here." C.O. John Doe #10 they told another officer to
"stomp his blains out" it plaintiff told and did
anything. On April 10, 2017, when Plaintiff was let
out for chow, C.O. John Does 16,17,18,19,20 were
standing Amongst the Aailusel blocking the exit.
Page 32

As Plaintiff walked toward the prison guards,
they harassed him called him derogatory names
and threatened him with physical harm due to
his being a black and striper.

H. Disposition of this case was the case dismissed?
was it appealed? is it still pending?) Settled out

I. approximate date of disposition: 10-14-21

Page 3m

A. name of case and docket number: Adam Titus v. John/Jane DOE's
Plaintiff: Adam Titus                        NO. 23-CV-05544
Defendants: John / Jane DOES

B. approximate date of filing lawsuit: August 13, 2023

C. List all Plaintiff's: Adam Titus

D. List all Defendants: Nurse Jane / John DOE's etc.
Correctional officer's John/Jane Doe's etc, lieutenant John/Jane DOE's etc.
E. court in which the lawsuit was filed (if federal
court name the district: if state court, name the
county): northern District

F. name of Judge to whom case was assigned:
Judge Kness

G. Basic claim made: conditions of confinement
between June 12, 2021 And July 5, 2021, Hot
temperatures in cell house, windows where double
paned glass windows which increased the hot temperatures
and the windows where nailed shut in Edward
house and in other cellhouse had modernized
circular fans and Edward house did not and
E-house had an infestation of Roaches, flies and
other vermins and dust that filled the air
as well as brown sink water as plaintiff was
double celled for up to 24 hours a day. Plaintiff
complained to prison staff and wrote letters
with no results.

H. Disposition of this case was the case dismissed? was it appealed? is it still pending?) Initial stages of complaint.

I. Approximate date of disposition: N/A

A. name of case And docket number Adam Titus v. mead
Plaintiff: Adam Titus                    1:23-CV-05656
Defendants: mead et. AL

B. Approximate date of filing lawsuit: August 18, 2023

C. List all Plaintiffs: Adam Titus

D. List All Defendants: mead et. AL

E. court in which the lawsuit was filed (if federal court, name the district: if state court, name the county): northern District

F. name of Judge to whom case was assigned:

G. Basic claim made: pro se plaintiff was retaliated against by (T.R. mead) in an cell shake down And mead destroyed plaintiff legal papers that included Plaintiffs lawsuit against mead, on september 30, 2021.

H. Disposition of this case, Initial stages
of complaint.

I. Approximate date of disposition: N/A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

All Defendants named John And Jane DOE's are the Illinois Department of corrections Employees Assigned to the Stateville correctional center. The John and Jane DOE's are defendants who refuses to wear their Identification cards as required preventing prisoner to know their names to file Grievances, Etc.

This is a civil rights complaint under 42 usc 1983 filed by the Plaintiff Adam Titus #R-43512, pro se. A state of Illinois Prisoner states his united states constitution rights were violated and a deprivation under the 8th Amendment where Prison officials failed to protect Plaintiff health and safety, where his conditions of confinement was not humane subjecting Plaintiff to An condemned cell with a non-operable toilet and sink, as the toilet completely did not flush And the button did not work And had no pressure And small drips came out when the buttons were pushed, it was inoperable, And Plaintiff was denied Any Alternative to use the bathroom or have drinking water, as plaintiff remained in cell for

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

up to 24 hours each day with no other access to toilet and sink water. Plaintiff suffered from stomach pain, headaches, blurred vision, dizziness, naseated, vomiting, breathing issues resulting in cruel and unusual punishment as Plaintiff had to stay in that cell up to 24 hours, because defendants refuse to move Plaintiff to an adequate living and working cell. Plaintiff have serious health issues stemming from these conditions of Inhumane living conditions, defendants have demonstrated they do not care for Plaintiff's life, health or safety, when defendants all have the authority to move Plaintiff to an adequate cell or allow him out take or have access to an toilet or water. Thus the conditions of confinement at stateville correctional center, subjected Plaintiff to torture, cruel and unusual punishment and inhumane conditions. Defendants, ignored plaintiff complaints and taken no corrective action, to which make defendants also deliberately indifferent and held liable as the acts of the defendants harmed plaintiff. Defendants showed that they didn't care about Plaintiff's life because he was in Prison.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## Facts Common to All counts

1. On April 8, 9, 10, 11, 12, 13 of 2021, while at Stateville correctional center, Plaintiff was subjected to an Eighth Amendment violation cruel and unusual punishment and deliberate indifference to Plaintiffs living conditions.

2. Plaintiff was placed in "EDWARD house" in cell #7, 02, Plaintiff toilet and sink was completely shut off and did not work at all as Plaintiff tried to flush the toilet the button did not work.

3. As Plaintiff tried to push the hot and cold water buttons each button did not work and the water from the sink came out in small drips and the toilet had feces and urine in it, that gave the cell an feces and urine smelled odor.

4. After noticing the cell conditions, Plaintiff called correctional officers John DOE#1, John DOE#2, Jane DOE#3, John DOE#4, John DOE#5, John DOE#6 and Jane DOE#7, on April 8, 2021, then John DOE#8, John DOE#9, Jane DOE#10, and John DOE#11 on April 9, 2021, then Jane DOE#12, John DOE#13, John DOE#14, Jane DOE#15, on April 10, 2021, then John DOE#16, John DOE#17, John DOE#18, Jane DOE#19, Jane DOE#20, John DOE#21, on April 11, 2021, then John DOE#22, Jane DOE#23 on April 12, and 13th of 2021.

5. Plaintiff then explained to correctional officers that his toilet completely did not work or neither flushed or had any pressure coming from the button as well as the hot and cold water buttons from the sink did not work.

6. In further, Plaintiff complained of the feces and urine smell that filled the cell from the inoperable toilet

7. Due to the Inhumane conditions, Plaintiff suffered from headaches, stomache pains, dizziness, blurred vision and naseated, vomiting, breathing Issues

8. Plaintiff further complained of needing to use the bathroom and a working sink and Plaintiff was denied by John and Jane DOE's 1-23

9. next Plaintiff asked for an supervisor or to call maintenance and have it fixed or have Plaintiff moved to an adequate working cell and correctional officers John and Jane DOE's 1-23 stated "Welcome to E-house" they fix it when they want, and they will not move you.

10. Plaintiff wrote letters to the Placement officer Thornton, maintenance supervisor John/Jane DOE and Warden Gomez and asked each officer official to be moved, Plaintiff never Recieved an response neither his conditions changed as Plaintiff was subjected to these conditions up to 24 hours each day.

## Count 1- Cruel And unusual Punishment

11. Plaintiff re-alleges the allegations in paragraphs 1-10 of the "facts common to all counts".

12. As a citizen of the United States, Plaintiff has a right under the constitution to be free from cruel And unusual punishment.

13. Correctional officers, defendants including but not limited to correctional officers John And Jane DoE's # 1-23, And Placement officer Thornton, maintenance supervisor John/Jane DoE, And warden Gomez. Defendants all acted under the color of state law to deprive Plaintiff of his constitutional right of freedom from cruel And unusual punishment in more or more of the following ways:
   A. Subjecting Plaintiff to an Inhumane cell with an Inoperable toilet And sink.
   B. Subjecting Plaintiff to an Inhumane living condition as feces and urine filled the toilet And Plaintiff had to Inhale the foul odor each day up to 24 hours.
   C. Subjecting Plaintiff to an Inhumane cell for up to 24 hours each day without use of the toilet or sink.
   D. Subjecting Plaintiff to an Inhumane cell with no other way to use or have access to an toilet or sink.
   E. Subjecting Plaintiff to an Inhumane cell with no other way to use an sink or have access to water.

14. Correctional officers, Defendant's John And Jane DOE's #1-23 And Defendants Placement officer Thornton, maintenance supervisor John/Jane DOE And warden Gomez acted in their individual and official capacity and are personally responsible for their actions, And liable for failure to act for known or obvious conditions as well as failure to train or supervise or to respond to evidence of misconduct, and are officially responsible for the acts of others.

15. Correctional officers, Defendants John And Jane DOE's #1-23 And Defendants Placement officer Thornton, maintenance supervisor John/Jane DOE And warden Gomez, Defendant's acted maliciously And wantonly to inflict pain upon plaintiff.

16. as a direct And proximate result of the actions of correctional officer's Defendants correctional officer's John And Jane DOE's #1-23 And Defendant's Placement officer Thornton, maintenance supervisor John/Jane DOE And warden Gomez, Defendant's Plaintiff has suffered Physical, mental And emotional damages.

17. as a direct and proximate result of correctional officer's Defendant, correctional officer's John And Jane DOE's #1-23, And Defendant's Placement officer Thornton, maintenance supervisor John/Jane DOE And warden Gomez Defendant's actions Plaintiff has suffered And continues to suffer injuries.

18. As a direct and proximate result of correctional officer's, Defendants correctional officer's John and Jane Doe's #1-23, and Defendant's Placement officer Thornton, maintenance supervisor John/Jane Doe and warden Gomez, Defendants actions, Plaintiff has had his constitutional rights violated.

Wherefore, Plaintiff Adam Titus respectfully requests monetary damages and any other relief the court deems fair and justified to compensate Plaintiff for the violation of his constitutional rights and the injuries that he suffered at the hands of Defendants in violation of the Eighth and Fourteenth Amendments of the United States Constitution.

Count 2 - Cruel and Unusual Punishment
Deliberate Indifference

19. Plaintiff re-alleges the allegations from paragraphs 1-10 of the "facts common to all counts"

20. As a citizen of the United States, Plaintiff has a right to be free from cruel and unusual punishment.

21. Plaintiff suffered a serious of objectively serious physical and mental, emotional injuries during the inhumane conditions, such as stomach pains, headaches, dizziness, blurred vision, breathing pains and vomiting.

22. Correctional officers, Defendants correctional officer's John and Jane Doe's #1-23, and Defendant's Placement officer Thornton, maintenance supervisor John/Jane Doe

And warden Gomez all acted under the color of state law to deprive Plaintiff of his constitutional right of freedom from cruel and unusual Punishment in more or more of the following ways:

A. Ignoring Plaintiff's request to use the bathroom and sink.

B. Ignoring Plaintiff's request to be moved or have the toilet and sink fixed

C. Ignoring Plaintiff's letters to be moved as it caused Physical and mental injuries.

D. Ignoring Plaintiff's letters of repeated cries for help to be moved or have it fixed by attempt of notice.

E. Ignoring Plaintiff's letters of repeated cries for help and the Physical and mental injuries he suffered by each day.

F. Refusing to move Plaintiff or remedy the situation in any way.

G. Failing to establish appropriate procedures for aiding an inmate in serious Inhumane living conditions.

H. Failing to Instruct IDOC employees to recognize when an Inmate is in Inhumane living conditions and is suffering with Physical and mental injurys from those conditions and remedy it.

I. failing to hold supervisory role of knowledge of apparent conditions or remedy it.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Respectfully Demands Trial by July
A. Compensatory damages determined by trier of facts
B Punitive damages determined by trier of facts
C. Such Injunctive declaratory or other relief as this
court deems just and proper.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___4___ day of ___Feb___, 20 24

_____
(Signature of plaintiff or plaintiffs)

Adam litus
(Print name)

R-43512
(I.D. Number)
Western Illinois Corr Center

mount sterling, IL

62353
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Grievances &
ARB Responses

Ex: A - G

RECEIVED
Signed Grievance Withdrawal STATEVILLE C.C.

JUN 23 2021

EX A

Housing Unit: E-13-2   Bed #: 702

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Lvl rec:                                                          2nd Lvl rec:

BY: Adam Titus          ID #: R-43512          Race (optional): Blk

Present Facility: Stateville Corr center

Facility where grievance issue occurred: Stateville Corr Center

RECEIVED
STATEVILLE C.C.

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☐ Medical Treatment   ☐ ADA Disability Accommodation   OCT 2021
☑ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit   RECEIVED DEPARTMENT BY:
☐ Transfer Denial by Facility   ☑ Other (specify): conditions of confinement etc.
☐ Disciplinary Report

Date of report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the date of April 8, 2021 Grievant resided in Edward house A.K.A "E-house" in cell #702, upon residing in that cell Grievant toilet did not work at all as it did not flush And the water pressure from the sink was insufficiently low And came out in small drips and the toilet had feces And urine in it and gave the cell An foul odor. Grievant complained to various staff/c.o.'s about the cell conditions And were asking to be moved. As I

☑ Continued on reverse

Relief Requested: actions at a later date.

Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Check if this is NOT an emergency grievance.

Offender's Signature    ID# R-43512   Date 6-9-21

(Continue on reverse side if necessary)

Counselor's Response (if applicable)   Date Received: 6/25/21   ☐ Send directly to Grievance Officer

Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Per Chief Engineers office, they have not received any recent work orders. Grievant has moved out of Edward 702 on 7/5/21. The current Individuals in custody living in cell Edward 702 have not mentioned any toilet issues to this counselor.

Print Counselor's Name T. Scott   Sign Counselor's Name T. Scott   Date 8/15/21

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received:

Is determined to be of an emergency nature?

Yes, expedite emergency grievance
No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: ______ Housing Unit: E Bed #: 702

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: ______ 2nd Lvl rec: ______

were being told that "welcome to E-house" they fix it when they want, And that they will not move you. Grievant then wrote to the Placement officer to be moved And never got an response (see copy of letter Ex.1), Grievant also wrote to the maintenance supervisor (see copy of letter Ex.2) and never got an response. Grievant then wrote to warden Gomez (see copy of letter Ex.3) And never received an response. Grievant complained to six correctional staff (1) male, 5'8, 190, Black Hair, (2) male, 5'9 190, Bald Head, (3) female, 5'6 185, Black Hair (4) male, 5'10 195, Black Hair (4) male, 5'8, 175, Black Hair (5) male, 5'9 190, Black Hair, (6) Female, 5'6, 120. Grievant was denied to be moved As well as fix it.

On the date of April 9, 2021, Grievant Again complained about his toilet not flushing or working And the feces and urine inside the toilet And the smell/foul odor as well as the sink having Insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male 5'7, 160, Bald Head, (2) male 5'8, 160 Black Hair, (3) Female, 5'9, 175, Black Hair, (4) male, 5'9 175, Black Hair, And was told by all staff (They do what they want Around here." Grievant Asked to be moved and was denied. Grievant Again wrote to (Placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3.) and never Received an Response.

On the date of April 10, 2021, Grievant again complained about his toilet not flushing or working and the feces And urine inside the toilet And the smell foul odor as well as the sink having Insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) Female, 5'6, 158, Black Hair, (2) male, 5'9, 190, Black Hair (3) male, 5'8, 180, Dark Hair, (4) female 5'10 150 Black Hair, And was told that (I don't think they gone fix it). Grievant Asked to be moved and was denied. Grievant Again wrote to (Placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3) and never Received an Response.

On the date of April 11, 2021, Grievant Again complained about his toilet not flushing or working And the feces And urine inside the toilet And the smell/foul odor as well as the sink having Insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male, 5'9, 190, Bald Head, (2) male 5'10, 198, Black Hair, (3) male 5'6, 185, Bald Head (4) Female, 5'6, 120, Dark Hair, Female, 5'7, 160, Dark Hair, (5) male 5'9 185, Dark Hair, And was told, I can't do nothing about that. Grievant Again Asked to be moved And was denied or have it fixed. Grievant Again wrote to (Placement officer, maintenance supervisor, And warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3) and never Received an Response.

On the date of April 12, 2021, Grievant Again complained about his toilet not flushing or working and the feces And urine inside the toilet and the smell/foul odor as well as the sink having Insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male, 5'9, 160, Dark Hair, (2) Female, 5'6, 140, Blonde Hair And was told they gone do what they want. Grievant Asked to be moved And was denied. Grievant wrote correctional staff stated Above, and never Received an answer. Grievant Again complained on April 12, 2021 And April 13, 2021 about the toilet not working And the sink water being low and was denied to be moved, As the toilet had feces and urine. Grievant wrote the staff stated

Distribution: Master File; Offender Page 2 of 2 DOC 0048 (Rev. 01/2020)

above and never heard back. Grievant suffered Physical And mental Injuries.

**RECEIVED**
STATEVILLE C.C.

JUN 23 2021

Housing Unit: D-952  Bed #: ___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| | | | |
|---|---|---|---|
| assigned Grievance whatever: | | | 2nd Lvl rec: |
| 4 Lvl rec | | | |

| GRIEVANCE DECurrent (please print): | ID #: | Race (optional): |
|---|---|---|
| BY: _____ Adam Titus | R-43512 | BIK |

resent Facility: Stateville corr center

Facility where grievance issue occurred: Stateville corr center

ature of grievance:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): conditions of confinement etc.
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

omplete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated
cked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

ummary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for
ch person involved):

On the date of April 8, 2021 Grievant resided in Edward house "A.K.A" (E-house) in cell #702, upon residing in that cell Grievant toilet did not work at all as it did not flush. And the water Pressure from the sink was Insufficiently low and came out in small drips. and the toilet had feces and urine in it and gave the cell an foul odor. Grievant complained to various staff/c.o.'s about the cell conditions and were asking to be moved as I
[x] Continued on reverse

elief Requested: Actions at a later date.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_____ Offender's Signature     R-43512 (id)     6-9-21 (Date)

(Continue on reverse side if necessary)

ounselor's Response (if applicable)   Date Received: 6/25/21   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

esponse: Per, Chief Engineers office, They have not received any recent work orders. Grievant has moved out of Edward 702 on 7/5/21. The current Individuals in custody living in cell Edward 702 have not mentioned any toilet issues to this counselor.

Print Counselor's Name _____   Sign Counselor's Name _____   Date _____

ote to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

MERGENCY REVIEW:   Date Received: _____

this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature _____   Date _____

istribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: ______ Housing Unit: E Bed #: 702

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1st Lvl rec: ______ 2nd Lvl rec: ______

were being told that "welcome to E-house" they fix it when they want, and that they will not move you. Grievant then wrote to the Placement officer to be moved and never got an response (see copy of letter Ex1), Grievant also wrote to the maintenance supervisor (see copy of letter Ex.2) and never got an response. Grievant then wrote to warden Gomez (see copy of letter Ex3) and never received an response, Grievant complained to six correctional staff (1) male, 5'8 180, Black Hair (2) male, 5'9 190, Bald Head, (3) female, 5'6 185, Black Hair (4) male, 5'10 195, Black Hair (4) male, 5'8 175, Black Hair (5) male, 5'9 190, Black Hair, (6) Female, 5'6 120. Grievant was denied to be moved as well as fix it.

On the date of April 9 2021 Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male 5'7, 160, Bald Head, (2) male 5'8, 160, Black Hair (3) Female, 5'9 175, Black Hair, (4) male, 5'9 175, Black Hair, and was told by all staff (They do what they want around here." Grievant asked to be moved and was denied. Grievant again wrote to (Placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex1, Ex2, Ex3) and never received an response.

On the date of April 10, 2021, Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) Female, 5'6, 158, Black Hair, (2) male, 5'9, 190, Black Hair (3) male, 5'8, 180, Dark Hair (4) female 5'10 150 Black Hair, and was told that (I don't think they gone fix it). Grievant asked to be moved and was denied, Grievant again wrote to (Placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3) and never received an response.

On the date of April 11, 2021 Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male, 5'9, 190, Bald Head, (2) male 5'10, 188, Black Hair, (3) male 5'6, 185, Bald Head (4) Female, 5'6 120, Dark Hair, Female 5'7 160, Dark Hair, (5) male 5'9, 185, Dark Hair, and was told, I can't do nothing about that. Grievant again asked to be moved and was denied or have it fixed. Grievant again wrote to (Placement officer, maintenance supervisor, and warden Gomez, see copys of letter Ex1, Ex2, Ex3) and never received an response.

On the date of April 12, 2021 Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male 5'9 180, Dark Hair (2) Female, 5'6 140, Dreadlocks and was told they gone do what they want. Grievant asked to be moved and was denied. Grievant wrote correctional staff stated above, and never received an answer. Grievant again complained on April 12 2021 and April 13, 2021 about the toilet not working and the sink water being low and was denied to be moved, as the toilet had feces and urine. Grievant wrote the staff stated above and never heard back. Grievant suffered physical and mental injuries. Grievant complained to 8 staff on April 12-2021 and April 13-2021

Distribution: Master File; Offender Page 2 of 2 DOC 0046 (Rev. 01/2020)

Ex.U

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R43512 | **Counseling Date** | 06/28/21 07:23:35:390 |
| **Offender Name** | TITUS, ADAM | **Type** | Collateral |
| **Current Admit Date** | 05/06/2005 | **Method** | Grievance |
| **MSR Date** | 12/23/2039 | **Location** | STA  GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | E -07-02 | **Staff** | GOMEZ, AMY, Correctional Counselor II |

RECEIPT OF GRIEVANCE ON _6/23/2020___ CONCERNING _CONDITIONS_ . THIS GRIEVANCE
HAS BEEN ASSIGNED GRIEVANCE #951 AND WILL BE REVIEWED AND RESPONDED TO BY THE
COUNSELOR.

Ex. D

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R43512 | **Counseling Date** | 10/03/21 08:30:36:697 |
| **Offender Name** | TITUS, ADAM | **Type** | Collateral |
| **Current Admit Date** | 05/06/2005 | **Method** | Grievance |
| **MSR Date** | 12/23/2039 | **Location** | STA  GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | D -09-52 | **Staff**  MCBEE, ANNA, Correctional Counselor II | |

GRIEVANCE #951 WAS RECEIVED ON _10/1/21_ BY THE GRIEVANCE OFFICE FOR REVIEW AND RESPONSE BY GRIEVANCE OFFICER.

**Print Date**  **10/3/2021**

E702

D952

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** 10/01/2021        **Date of Review:** 01/05/2022        **Grievance #** (optional): 951

**Offender:** Adam Titus        **ID#:** R43512

**Nature of Grievance:**

Conditions

**Facts Reviewed:**

Grievant claims on a grievance written 6/9/21 that while in E702, his toilet did not work and he has low water pressure.

Grievance Officer finds according to Counselor Scott, according to the Chief Engineer's Office, no work orders were received for the above issue. Grievant was moved out of the cell on 7/5/21. The current residents of the cell have not mentioned any issues with the toilet to the him (Counselor Scott).

**Recommendation:**

Grievance is MOOT.

Anna McBee
_____        _____
Print Grievance Officer's Name        Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 1/18/22        ☑ I concur        ☐ I do not concur        ☐ Remand

**Action Taken:**

_____        KW        1/18/22
Chief Administrative Officer's Signature                Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____        R-43512        1-11-22
Offender's Signature                ID#                Date

Distribution:   Master File; Offender                Page 1                DOC 0047 (Rev. 3/2019)
*Printed on Recycled Paper*

Ex.F

| | | | |
|---|---|---|---|
| Inmate Id: | R43512 | Ret Form Ind: | |
| Name: | TITUS, ADAM | Modify Ind: | |
| Chair Code: | SHBE | Deny Ind: | |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | CONDITIONS | Deferred Ind: | |
| Receive Date: | 01/21/2022 | Moot Ind: | |
| Hearing Date: | 00/00/0000 | Grievance Number: | 951 |
| Mailing Date: | 00/00/0000 | Incident Number: | |
| Grv Loc: | STATEVILLE CC | Incident Date: | 00/00/0000 |
| Hearing Loc: | STATEVILLE CC | Incident Inst: | |
| | | Date Receipted: | 01/24/2022 |

Comments: GRV #951 ALLEGES TOILET DID NOT WORK AND LOW WATER PRESSURE (4/8/21 - CELL 702 E-HOUSE)

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Titus, Adam

1/26/22
Date

ID# : R43512

Facility: Stateville

This is in response to your grievance received on __1/21/22__ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 6/9/21   Grievance Number: 951   Griev Loc: STA

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☑ Conditions (cell conditions, cleaning supplies, etc.) Cell 7:02, toilet issues 4/8/21

☐ Disciplinary Report: Dated: _____ Incident # _____

☑ Other Claims reported issues with toilet several times throughout April

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other: These claims were not substantiated. Additionally, records reviewed by this office reflect you were seen "face to face" while in this cell (3/30/21 to 7/5/21) fourteen (14) times, with no toilet issues being stated.

FOR THE BOARD: _Sherry Benton_   CONCURRED: _Rob Jeffreys_
Sherry Benton
Administrative Review Board
Rob Jeffreys
Director

CC: Warden, Stateville _____ Correctional Center
Titus, Adam _____ , ID# R43512

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

AffiDAvits

Affidavit

I, ERIC CARSON "ID" M18899 do Hereby DECLARE
THAT I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET
FORTH HEREIN THAT I'AM COMPETENT TO TESTIFY AND
IF CALLED TO TESTIFY WOULD STATE AS FOLLOWS:


1, ERIC CARSON "ID" M18899 RESIDED IN E·HOUSE AT
STATEVILLE CORRECTIONAL CENTER IN CELL # 702 WITH
MY CELLMATE ADAM TITUS "ID" R43312 ON THE DATE
OF APRIL 8, 2021 TO APRIL 14, 2021.

ADAM TITUS "ID" R43312 AND I WERE IN CELL #
702 WITHOUT WORKING TOILET, AND WATER PRESSURE (SINK)
WAS INSUFFICIENTLY LOW.

WE BOTH TOLD C.O.S (JOHN AND JANE Doe's)
ABOUT THE CELL CONDITIONS, AND NEEDING TO USE
THE BATHROOM WE WERE DENYED AS WE WERE
IN THE CELL AND THE TOILET HAD FECES AND URINE IN
THE TOILET AND GAVE THE CELL A FOUL ODOR, AS
WE WERE BEING DENYED TO BE MOVED.


PURSUANT TO 28 U.S.C 1746, I DECLARE
UNDER PENALTY OF PERJURY UNDER THE LAWS
OF THE UNITED STATES OF AMERICA THA FOREGOING
IS TRUE AND CORRECT.

ID# M18899