PC SCAN

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED SMB
3/11/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Adam Titus #R-43512.

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                              Case No: 1-23-CV-02036

Placement officer Thornton      (To be supplied by the Clerk of this Court)

WArden Gomez

maintenance supervisor John/Jane DOE

Correctional officer John DOE #1

Correctional officer John DOE #2

Correctional officer John DOE #3      continued on page #1A

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**               **AMENDED COMPLAINT**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

continued on page #1A

correctional officer John DOE #4
correctional officer John DOE #5
correctional officer Jane DOE #6
correctional officer John DOE #7
correctional officer John DOE #8
correctional officer Jane DOE #9
correctional officer John DOE #10
correctional officer John DOE #11
correctional officer Jane DOE #12
correctional officer John DOE #13
correctional officer John DOE #14
correctional officer Jane DOE #15
correctional officer John DOE #16
correctional officer John DOE #17
correctional officer John DOE #18
correctional officer Jane DOE #19
correctional officer Jane DOE #20
correctional officer John DOE #21
correctional officer John DOE #22
correctional officer Jane DOE #23

Page # 1A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Adam Titus

B. List all aliases: NONE

C. Prisoner identification number: #R-43512

D. Place of present confinement: Stateville correctional center

E. Address: P.O. box 112 Joliet, IL, 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Correctional officer Thornton

Title: Placement

Place of Employment: Stateville corr center

B. Defendant: Correctional maintenance officer Supervisor (John/Jane Doe)

Title: Maintenance supervisor

Place of Employment: Stateville corr center

C. Defendant: Gomez

Title: WArden

Place of Employment: Stateville corr center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Continued on Page 2A, 2B, 2C

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Defendant: correctional officer John DOE #1
Title: correctional officer,
Place of Employment: Stateville corr center

E. Defendant: correctional officer John Doe #2
Title: correctional officer,
Place of Employment: Stateville corr center

F. Defendant: correctional officer Jane Doe #3
Title: correctional officer,
Place of Employment: Stateville corr center

G. Defendant: correctional officer John DOE #4
Title: correctional officer
Place of Employment: Stateville corr center

H. Defendant: correctional officer John Doe #5
Title: correctional officer
Place of Employment: Stateville corr center

I. Defendant: correctional officer Jane DOE #6
Title: correctional officer
Place of Employment: Stateville corr center

J. Defendant: correctional officer John Doe #7
Title: correctional officer
Place of Employment: Stateville corr center

K. Defendant: correctional officer John Doe #8
Title: correctional officer
Place of Employment: Stateville corr center

page #2A

L. Defendant: correctional officer Jane DOE #9
   Title: correctional officer
   Place of Employment: Stateville corr center

M. Defendant: correctional officer John DOE #10
   Title: correctional officer
   Place of Employment: Stateville corr center

N. Defendant: correctional officer John DOE #11
   Title: correctional officer
   Place of Employment: Stateville corr center

O. Defendant: correctional officer Jane DOE #12
   Title: correctional officer
   Place of Employment: Stateville corr center

P. Defendant: correctional officer John DOE #13
   Title: correctional officer
   Place of Employment: Stateville corr center

Q. Defendant: correctional officer John DOE #14
   Title: correctional officer
   Place of Employment: Stateville corr center

R. Defendant: correctional officer Jane DOE #15
   Title: correctional officer
   Place of Employment: Stateville corr center

S. Defendant: correctional officer John DOE #16
   Title: correctional officer
   Place of Employment: Stateville corr center

Page #23

1. Defendant: correctional officer John Doe #17
   Title: correctional officer
   Place of Employment: Stateville corr center

u. Defendant: correctional officer John Doe #18
   Title: correctional officer
   Place of Employment: Stateville corr center

v. Defendant: correctional officer Jane Doe #19
   Title: correctional officer
   Place of Employment: stateville corr center

w. Defendant: correctional officer Jane Doe #20
   Title: correctional officer
   Place of Employment: Stateville corr center

x. Defendant: correctional officer John Doe #21
   Title: correctional officer
   Place of Employment: Stateville corr center

y. Defendant: correctional officer John Doe #22
   Title: correctional officer
   Place of Employment: Stateville corr center

z. Defendant: correctional officer Jane Doe #23
   Title: correctional officer
   Place of Employment: Stateville corr center

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Adam Titus v. Aaron Steit-cox, nicholas Bryan, Dustin Hager, martin matherly, shawn Thrush, and David Underwood — 4:16 cv 0425l

B. Approximate date of filing lawsuit: November 22, 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Aaron Steit-cox, nicholas Bryan, Dustin Hager, martin matherly, shawn Thrush, and David underwood

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central District

F. Name of judge to whom case was assigned: Colin Stirling Bruce

G. Basic claim made: Excessive force, failure to intervene, deliberate indifference,
continued on page 3A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): may 4, 2018, yes, no Appeal, no.

I. Approximate date of disposition: may 4, 2018
continued on Page 3A 3B - 3m

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ON June 9, 2016, Subjected him to Excessive force failure to intervene And deliberate indifference, As Plaintiff asked C.O. Hodgeman if he could speak to an Supervising officer about the Extreme heat, And was denied then Hodgeman left And defendant cox Arrived And told Plaintiff to cuff up, then the Plaintiff asked to speak to a lieutenant. Then cox sprayed the Plaintiff in the face with a chemical Agent then members of Tact team Arrived slammed Plaintiff to the ground And began punching the Plaintiff even though the Plaintiff was in handcuffs And not combative.

A. Name of case and docket number
Plaintiff, Adam Titus
Defendants, Kraushaar - 1:17-cv-01535

B. Approximate date of filing lawsuit: November 28, 2017

C. list all Plaintiffs: Adam Titus

D. list all defendants: Kraushaar, Doctor Tilden, nurse
shawny, nurse Jane Doe #1, mental Health John Doe #1-8
med-tech Jane Doe #1 et. al.

E. court in which the lawsuit was filed (if federal
court, name the district; if state court, name the county);
Central District

F. name of Judge to whom case was assigned:
micheal m. mihm

G. Basic claim made: Excessive force, deliberate
indifference. Plaintiff was being escorted by Defendant
Kraushaar who was pushing plaintiff as they walked
when they reached the stairs plaintiff asked Defendant
Kraushaar to stop pushing him as he had extreme
back pain, as plaintiff was descending the stairs.
Defendant pushed plaintiff down the stairs, then
plaintiff was taken to healthcare where defendants
nurse shawna and nurse Jane Doe left plaintiff
to sit in pain and other defendant's Jane and John
Doe's then plaintiff was seen by defendant Dr. Tilden
page 3B

several hours later and denied medical treatment
And food was he was admitted to the Healthcare
unit and kept from December 13 through 16,
2016, Then Plaintiff states that on December 16, 2016
C.O. John Doe's came to Healthcare enterd Plaintiff
cell and forced him to the ground, then picked
him up by the arms and dropped plaintiff to the
floor.

H. Disposition of this case was the case
dismissed? was it appealed? is it still pending?)
Still pending, then it was dismissed

I. Approximate date of disposition: about 1-14-20

Page 3c

A. Name of case and docket number
Plaintiff, Adam Titus
Defendants, Jacob A. McDonald,
4-17-CU-04007

B. Approximate date of filing lawsuit: January 9, 2017

C. List all Plaintiffs: Adam Titus

D. list all Defendants: Jacob A. McDonald, Coley Smith

E. court in which the lawsuit was filed (if federal court, name the district; if state court, name the county); Central district

F. Name of Judge to whom case was assigned: Sue E. Myerscough

G. Basic claim made: Excessive force, deliberate indifference, failure to intervene Plaintiff was escorted by defendants to his cell, as Plaintiff entered the cell Defendant McDonald shoved Plaintiff to the floor by grabbing him by the back of the neck, then both, Defendant Denied Plaintiff medical treatment after Plaintiff requests. And failure to intervene on Defendant Smith.

H. Disposition of this case was the case dismissed? Was it Appealed? is it still pending?) still pending.

Page 30

I. Approximate date of disposition: N/A

page 3E

A. Name of case And docket number
Plaintiff Adam Titus
Defendant, Kyle Kent
1:17-cv-01249

B. Approximate date of filing lawsuit: June 2, 2017

C. list all Plaintiffs: Adam Titus

D. list all Defendants: Kyle Kent, sekay, Baptist,
Shawna Joneson, Weston Gresham, christopher Brubaker,
James Boland, leo Smith, Terry Johnson, Heather mauly,
Jodi monroe Stevson Horтом, Aaron Rhoades, Robert Snyder,
Shelton Williams, Jod newkirk, Brian Biros, mental
Health Jane DOE #1, mental Health Jane DOE #2.

E. court in which the lawsuit was filed (if
federal court, name the district: if state court
name the county): central District

F. name of Judge to whom case was assigned:
Sue E. myerscough

G. Basic claim made: Excessive force, deliberate
indifference. Plaintiff states Defendant Kent on
1-4-19 applied handcuffs tightly and then punched
Plaintiff in the back while escorting Plaintiff down
the stairs causing Plaintiff to fall. The Plaintiff
was restrained on a bench for over seven hours
as Plaintiff urinated and defecated on himself.
The next day Plaintiff was denied his pain

Page 3F

medication by C.O. mary.

H. Disposition of this case, was the case dismissed?
was it appealed? is it still pending?) Still pending

I. Approximate date of disposition: N/A

A. Name of case And docket number
Plaintiff, Adam Titus
Defendants, David mitchell C.O. John Doe's #1-9
mental Health Jane Doe #1, med-tech Jane Doe #1-3,
SARgeant John Doe #1, wexford Health Services et.AL,
3:19-cv-01297
B. Approximate date of filing lawsuit: november 30, 2019

C. list all Plaintiffs: Adam Titus

D. list all Defendants: David mitchell, C.O. John Doe's #1-9
mental Health Jane Doe #1, med-tech Jane Doe #1-3, SARgeant
John Doe #1 wexford Health services et.AL

E. court in which the lawsuit was filed (if
federal court name the district; if state court,
name the county); southern District

F. name of Judge to whom case was assigned;
nancy J Rosenstengel

G. Basic claim made: Excessive force, deliberate
indifference Plaintiff states that on June 16, 2019,
Plaintiff was tackled by three prison guards John
Doe's and slammed to the ground. Then Plaintiff
was Restrained And John Doe Defendants punched
Plaintiff in the face, back Repeatedly while securing
the handcuffs while placing Plaintiff in a headlock
And twisting Plaintiffs wrist. Then lieutenant
mitchell walked up and kicked Plaintiff in the
face and grabbed him by the leg and twisted
Page 3¼

it. Then Plaintiff was taken to healthcare by
c.o. John DOES as Plaintiff requested medical
attention. Then Plaintiff was seen by nurses as
a group of guards "c.o"s entered and began
to punch and knee Plaintiff in the back, face
and head. Then Plaintiff was dragged to the
front of segregation as three prison guards
kneed and punched plaintiff while calling
Plaintiff derogatory names. Plaintiff was taken
to the shower and requested medical attention
to John Doe's c.o.'s. Then Plaintiff was placed
in a cell as John DOE's c.o.'s took Plaintiff
to med-tech's as plaintiff tried to explain his
injuries but was ignored. Then Plaintiff was
taken to my cell while c.o.'s twisted Plaintiffs
wrist and Plaintiff requested medical treatment.

4. Disposition of this case, was the case
dismissed? was it appealed? is it still pending?)
Still pending

I. approximate date of disposition: N/A

page 5I

A. name of case and docket number
Plaintiff, Adam litus
Defendants, melvin.
1:18-CV-01097

B. Approximate date of filing lawsuit: march 5, 2018

C. list All Plaintiffs: Adam litus

D. list All Defendants: melvin, Steven mead,
TRT John Doe, et. AL

E. court in which the lawsuit was filed (if
federal court, name the district: if state court.
name the county); central district

F. name of Judge to whom case was assigned:
James E. Shadid

G. On June 16, 2017 Plaintiff was transferred and subjected
to Excessive force, and chyel and unusual punishment
by TRT Dept, correctional center officers as he was
transported, And was forced into a small metal Box
on top of two other inmates plaintiff complained
And his complaints were ignored as the TRT officers
Taunted, harassed and drove recklessly in the van
causing pain on plaintiff physically as he was
being tossed around in the box of the van, as well
as the restraints where on tight, then on June 17, 2017
plaintiff arrived at Pontiac correctional center
Page 35

And tied to explain his injuries and was ignored
then Plaintiff was escorted by TRT mead, as he twisted
Plaintiffs handcuffs causing pain on Plaintiff As Plaintiff
Stumbled, went Plaintiff entered the cell And then
TRT mead slammed Plaintiffs face into the ground
before he exited the cell. Plaintiff Requested
medical attention. Plaintiff sustained physical
injuries And mental.

H. Disposition of this case, was the case
dismissed? was it Appealed? is it still
pending?) went to trial. And was dismissed
Plaintiff is Appealing And denied

I. Approximate date of disposition? June 8, 2022

Page 16

A. Name of case And docket number
Plaintiff, Adam Titus
Defendants, DOES 10-20 et. AL - 3:17-CU-01315

B. Approximate date of filing lawsuit:

C. list all Plaintiffs: Adam Titus

D. list all Defendants: DOE'S 10-20, Major Westfall,
C.O. Coron, C.O. Weaver, C.O. Webb, lieutenant Samuels,

E. court in which the lawsuit was filed (if federal
court name the district: if state court name the
county); Southern District

F. name of Judge to whom case was assigned:
Gilbert C. Sison

G. Basic claim made: Harassment And threats, on
April 5, 2017, Plaintiff was transferred to menard, Plaintiff
wore an black and white striped jumpsuit, while other
inmates had on yellow jumpsuits. As Plaintiff was getting
off the bus, C.O. John Doe # 10 stated to C.O. John Doe #11,
12, 13, 14, and 15 "we got A striper," As plaintiff walked
toward these guards they got in his face and told him,
"this is menard," we going to beat your ass down
here." C.O. John Doe 70 they told another officer to
"stomp his brains out," it Plaintiff talked and did
anything. On April 10, 2017, when Plaintiff was let
out for chow, c.o. John Doe # 16,17,18,19,20 were
standing Amongst the stairwell blocking the exit.
Page 32

As Plaintiff walked toward the prison guards, they harassed him, called him derogatory names and threatened him with physical harm due to his being A black and stripes.

H. Disposition of this case was the case dismissed? was it appealed? is it still pending?) settled out

I. approximate date of disposition: 10-14-21

page 3m

A. name of case and docket number: Adam Titus v. John/Jane DOES
NO. 23-CV-05544
Plaintiff: adam Titus
Defendants: John/Jane DOES

B. approximate date of filing lawsuit: August 13, 2023

C. list all Plaintiffs: Adam Titus

D. list all Defendants: Nurse Jane/John DOE's etc
correctional officers John/Jane DOE's etc, lieutenant John/Jane DOE's etc
E. court in which the lawsuit was filed (if federal
court name the district; if state court, name the
county): Northern District

F. name of judge to whom case was assigned:
Judge Kness

G. Basic claim made: Conditions of confinement
between June 12, 2021 and July 5, 2021, hot
temperatures in cell house, windows were double
paned glass windows which increased the hot temperatures
and the windows were nailed shut in Edward
house and in other cellhouse had modernized
circular fans and Edward house did not and
E-house had an infestation of Roaches, flies and
other vermins and dust that filled the air
as well as brown sink water as plaintiff was
double celled tier up to 24 hours a day. Plaintiff
complained to prison staff and wrote letters
with no results.

H. Disposition of this case was the case dismissed? was it appealed? Is it still pending? Initial stages of complaint.

I. Approximate date of disposition: N/A

A. name of case And docket number Adam Titus v. mead
Plaintiff: Adam Titus                     1.23-cv-05656
Defendants: mead et. AL

B. Approximate date of filing lawsuit: August 18, 2023

C. list all Plaintiffs: Adam Titus

D. list All Defendants: mead et. AL

E. court in which the lawsuit was filed (if
federal court, name the district; if state court,
name the county): northern District

F. name of Judge to whom case was assigned:

G. Basic claim made: plaintiff pro se plaintiff
was retaliated against by (Lt, mead) in an Cell
shake down And mead destroyed plaintiff legal
papers that included Plaintiffs lawsuit against
mead, on september 30, 2021.

H. Disposition of this case, Initial stages of complaint.

I. Approximate date of disposition: N/A

## Statement of Claim

All Defendant's that are named John And
Jane DOE's are the Illinois Department of
Corrections Employees Assigned to the
Stateville Correctional center, The John
And Jane DOE's are defendant's who Refuses
to wear their Identification cards as
required preventing prisoners to know their
names to file Grievances, in this complaint
Grievant, describes each John And Jane DOE's
Defendants to best describe each defendant
and the date each defendant worked, with
an detailed discription of each defendant
as stated in the Grievance as to an identity
of each Defendant.

This is a civil rights complaint under 42
USC 1983 filed by the Plaintiff Adam Titus
#R-43512 pro se, A state of Illinois Prisoner states
his united States constitution Rights were violated
And a deprivation under the 8th Amendment where
Prison officials failed to Protect Plaintiff health And
safety, where his conditions of confinement was not
humane subjecting Plaintiff to an condemned cell with
a non-operable toilet and sink, And Plaintiff was
denied any alternative to use the bathroom or have
drinking water, as Plaintiff Remained in cell for up to 24
hours each day, with no other access to toilet and
sink water, Plaintiff suffered from stomach pain, headaches,
blurred vision, dizziness, nauseated vomiting, breathing
Issues resulting in cruel and unusual punishment as
Plaintiff had to stay in that cell up to 24 hours because

## Facts common to All counts

1. On April 8, 9, 10, 11, 12, 13 of 2021, while at stateville correctional center, Plaintiff was subjected to An Eighth Amendment violation cruel And unusual punishment And deliberate Indifference to Plaintiff's living conditions.

2. Plaintiff was placed in "Edward house" in cell #7, 02, Plaintiff toilet And sink was completely shut off And did not work at all as Plaintiff tried to flush the toilet the button did not work.

3. as Plaintiff tried to push the hot And cold water buttons each button did not work And the water from the sink came out in small drips And the toilet had feces And urine in it, that gave the cell An feces And urine smelled odor.

4. After noticing the cell conditions, Plaintiff called correctional officers John DOE #1, height 5'8, weight 170, Bald head, John DOE #2, height 5'9, weight around 190, Bald head, Jane DOE #3 height around 5'6, weight 185, John DOE #4 height 5'10, weight 195 Black hair, John DOE #5, height 5'8, weight 175 Black hair, John DOE #6, height 5'9, weight 190 Black hair, Jane DOE #7, height 5'6, weight 170, John DOE #8, height 5'9, weight 160, John DOE #9 height 5'8, weight 160, Jane DOE #10, height 5'9, weight 175, John DOE #11, height 5'9, weight 175 Jane DOE #12, height 5'6, weight 158, Black hair John DOE #13, height 5'9, weight 190, Black hair John DOE #14, height 5'8, weight 180, Dark hair

Jane DOE #15, height 5'0, weight around 150
Black hair, John DOE #16, height 5'9, weight 190
Baldhead, John DOE #17, height 5'10, weight 178
Black hair, John DOE #18, height 5'6, weight 185,
Jane DOE #19, height 5'6, weight 170, DARK hair, Jane
DOE #20, height 5'2, weight 160, John DOE #21, height
5'9, weight 185, DARK hair, John DOE #22, height 5'9,
weight 180, DARK hair, Jane DOE # 23, height 5'6,
weight 140, Black hair.

5. Plaintiff then explained to correctional officers that
his toilet completely did not work or neither
flushed or had any pressure coming from the button
as well as the hot and cold water buttons from
the sink did not work.

6. To further, Plaintiff complained of the feces and
urine smell that filled the cell from the inoperable
toilet.

7. Due to the Inhumane conditions Plaintiff suffered
from headaches, stomach pains, dizziness, blurred
vision and naseated, vomiting, breathing Issues.

8. Plaintiff further complained of needing to use
the bathroom had a working sink and Plaintiff
was denied by John and Jane Doe's # 1-23

9. Next, Plaintiff asked for a supervisor or to call
maintenance and have it fixed or have Plaintiff
moved to an adequate working cell and correctional
officers John and Jane DOE's #1-23 stated "welcome

to E-House", they fix it when they want, And
they will not move you.

10. Plaintiff wrote letters to the Placement officer
Thornton, maintenance supervisor John/Jane DOE
And Warden Gomez and asked each prison
official to be moved, Plaintiff never recieved an
response neither his conditions changed as Plaintiff
was subjected to these conditions up to 24 hours each day.

## Count 1 - Cruel And unusual Punishment

11. Plaintiff re-alleges the allegations in paragraphs 1-10 of the "facts common to all counts".

12. As a citizen of the united states, Plaintiff has a right under the constitution to be free from cruel And unusual punishment.

13. Correctional officers, defendants including but not limited to correctional officers John And Jane DOE's # 1-23, And Placement officer Thorton, maintenance supervisor John/Jane DoE, And Warden Gomez, Defendants all acted under the color of state law to deprive Plaintiff of his constitutional right of freedom from cruel And unusual punishment in more or more of the following ways:
   A. Subjecting Plaintiff to An Inhumane cell with an Inoperable toilet And sink.
   B. Subjecting Plaintiff to An Inhumane living condition as feces and urine filled the toilet And Plaintiff had to Inhale the foul odor each day up to 24 hours
   C. Subjecting Plaintiff to An Inhumane cell for up to 24 hours each day without use of the toilet or sink.
   D. Subjecting Plaintiff to An Inhumane cell with no other way to use or have access to An toilet or sink
   E. Subjecting Plaintiff to An Inhumane cell with no other way to use an sink or have access to water.

14. correctional officers, Defendant's John And Jane DOE's #1-23 And Defendants Placement officer Thornton, maintenance supervisor John/Jane DOE And warden Gomez acted in their individual and official capacity and are personally responsible for their actions, And liable for failure to act for known or obvious conditions as well as failure to train or supervise or to respond to evidence of misconduct, and are officially responsible for the acts of others.

15. correctional officers Defendants John And Jane DOE's #1-23 And Defendant's Placement officer Thornton, maintenance supervisor John/Jane DOE And warden Gomez, Defendant's acted maliciously And wantonly to inflict pain upon plaintiff.

16. as a direct And proximate result of the actions of correctional officer's, Defendants correctional officers John And Jane DOE's #1-23 And Defendant's Placement officer Thornton, maintenance supervisor John/Jane DOE And warden Gomez, Defendant's Plaintiff has suffered physical, mental And emotional damages.

17. as a direct and proximate result of correctional officer's Defendant's, correctional officer's John And Jane DOE's #1-23 And Defendant's Placement officer Thornton, maintenance supervisor John Jane DOE And warden Gomez, Defendant's actions Plaintiff has suffered And continues to suffer injuries.

18. As a direct and proximate result of correctional officers, Defendants correctional officers John and Jane Doe's #1-23, and Defendant's placement officer Thornton, maintenance supervisor John/Jane Doe and warden Gomez, Defendants actions, Plaintiff has had his constitutional rights violated.

Wherefore, Plaintiff Adam Titus respectfully requests monetary damages and any other relief the court deems fair and justified to compensate Plaintiff for the violation of his constitutional rights and the injuries that he suffered at the hands of Defendants in violation of the Eighth and fourteenth Amendments of the United States Constitution.

Count 2 - Cruel and unusual punishment
Deliberate Indifference

19. Plaintiff re-alleges the allegations from paragraphs 1-10 of the "facts common to all counts"

20. As a citizen of the United States, Plaintiff has a right to be free from cruel and unusual punishment.

21. Plaintiff suffered a serious of objectively serious physical and mental, emotional injuries during the Inhumane conditions such as stomach pains, headaches, dizziness, blurred vision, breathing pains and vomiting.

22. Correctional officers, Defendants correctional officer's John and Jane Doe's # 1-23, and Defendant's placement officer Thornton, maintenance supervisor John/Jane Doe

And Warden Gomez all acted under the color of state law to deprive Plaintiff of his constitutional right of freedom from cruel and unusual punishment in one or more of the following ways:

A. Ignoring Plaintiff's request to use the bathroom and sink.

B. Ignoring Plaintiff's request to be moved or have the toilet and sink fixed

C. Ignoring Plaintiff's letters to be moved as it caused physical and mental injuries.

D. Ignoring Plaintiff's letters of repeated cries for help to be moved or have it fixed by attempt of notice.

E. Ignoring Plaintiff's letters of repeated cries for help and the physical and mental injuries he suffered by each day.

F. Refusing to move Plaintiff or remedy the situation in any way.

G. Failing to establish appropriate procedures for Aiding an inmate in serious Inhumane living conditions.

H. Failing to Instruct IDOC employees to recognize when an Inmate is in Inhumane living conditions and is suffering with physical and mental injury's from those conditions and remedy it.

I. Failing to hold supervisory role at knowledge of apparent conditions or remedy it.

23. All defendants named in this count acted in a deliberate and/or reckless manner by ignoring and/or refusing to remedy Plaintiffs Inhumane living conditions.

24. As a direct and proximate result of the actions of all Defendant's in the count Plaintiff continues to suffer Physical and mental injuries.

25. As a direct and proximate result of the actions of all Defendant's in this count, Defendants has had his constitutional rights violated.

Wherefore, Plaintiff Adam Titus respectfully requests monetary damages and any other relief the court deems fair and justified to compensate Plaintiff for the violation of his constitutional rights and the injuries that he suffered at the hands of Defendants for deliberate indifference to Plaintiffs serious Inhumane living conditions in violation of the Eighth and Fourteenth Amendments of the United States constitution.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Respectfully Demands Trial by Jury
A. Compensatory damages determined by trier of facts
B. Punitive damages determined by trier of facts
C. Such Injunctive declaratory or other relief as this
Court deems just and proper.

VI. The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___4___ day of __Feb__ , 20_24_

_____
(Signature of plaintiff or plaintiffs)

Adam Litus
(Print name)

R-43512
(I.D. Number)
Western Illinois Corr center

mount sterling, IL

62353
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Grievances &
ARB Responses

Ex'. A - G

STATEVILLE C.C.
signed Grievance if resolution:

JUN 23 2021

Lvl rec.

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

.Housing Unit: [illegible]    Bed #: [illegible]

2nd Lvl rec.

te;    GRIEVANCE DEADLINE (please print):    ID #: R-43512    Race (optional): BLK
__-21    Adam Titus

esent Facility: Statenille Corr center    Facility where grievance issue occurred: Statenille corr center
RECEIVED
STATEVILLE C.C.

ture of grievance:

☐ Personal Property        ☐ Mail Handling        ☐ Medical Treatment    ☐ ADA Disability Accommodation 2021
☑ Staff Conduct            ☐ Dietary              ☐ HIPAA                ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility  ☑ Other (specify): conditions of confinement etc.    GRIEVANCE DEPARTMENT BY:
☐ Disciplinary Report

_____    _____
Date of report      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

nplete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated
ked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
   issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

nmary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for
h person involved):

On the date of April 8, 2021, Grievant resided in Edward house
A.K.A "(E-house) in cell #702, upon residing in that cell Grievant
toilet did not work at all as it did not flush. And the water
pressure from the sink was insufficiently low. And came out in small
drips. and the toilet had feces And urine in it and gave the
cell an foul odor. Grievant complained to various staff/c.o.'s
about the cell conditions And were Asking to be moved, as I

☑ Continued on reverse

lief Requested:

Actions at a later date.

_____

_____

_____

Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Check if this is NOT an emergency grievance.

[signature]                    R-43512            6-9-21
Offender's Signature           ID#                Date

(Continue on reverse side if necessary)

unselor's Response (if applicable)    Date Received: 6/25/21    ☐ Send directly to Grievance Officer

Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

sponse:

Per, Chief Engineers office, they have not
received any recent work orders. Grievant has
moved out of Edward 702 on 7/5/21. The
current Individuals in custody living in cell Edward
702 have not mentioned any toilet issues to
this counselor.

T. Scott                       T. Scott            9/15/21
Print Counselor's Name         Sign Counselor's Name    Date

s to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

ERGENCY REVIEW:    Date Received: _____

is determined to be of an emergency nature:

Yes, expedite emergency grievance
No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date
ibution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: ______________ Housing Unit: E Bed #: 702

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1st Lvl rec: ______ 2nd Lvl rec: ______

were being told that "welcome to E-house" they fix it when they want, And that they will not move you. Grievant then wrote to the Placement officer to be moved And never got an response (see copy of letter Ex.1). Grievant also wrote to the maintenance supervisor (see copy of letter Ex.2) And never got an response, Grievant then wrote to warden Gomez (see copy of letter Ex.3) And never received an response, Grievant complained to six correctional staff (1) male, 5'8, 190, Black Hair, (2) male, 5'9 190, Bald Head, (3) female, 5'6 185, Black Hair (4) male 5'10 195 Black Hair (4) male, 5'8 175 Black Hair (5) male, 5'9 190 Black Hair, (6) Female, 5'6 120 Grievant was denied to be moved As well as fix it.

On the date of April 9 2021 Grievant Again complained about his toilet not flushing or working And the feces and urine inside the toilet And the smell/foul odor As well as the sink having Insufficiently low water pressure coming out in drips, Grievant complained to correctional staff (1) male 5'7, 160, Bald Head, (2) male 5'8', 160 Black Hair (3) Female 5'9 175 Black Hair, (4) male, 5'9 175, Black Hair, And was told by all staff (They do what they want Around here." Grievant Asked to be moved and was denied. Grievant Again wrote to (Placement officer, maintenance supervisor And warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3.) and never Received An Response.

On the date of April 10, 2021, Grievant again complained about his toilet not flushing or working and the feces And urine inside the toilet And the smell foul odor as well as the sink having Insufficiently low water pressure coming out in drips Grievant complained to correctional staff (1) Female 5'6, 155, Black Hair, (2) male, 5'9, 190, Black Hair, (3) male, 5'8, 180, Dark Hair, (4) female 5'10 150 Black Hair, And being told that (I don't think they are fix it), Grievant Asked to be moved and was denied, Grievant Again wrote to (Placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3) and never Received an Response.

On the date of April 11, 2021, Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having Insufficiently low water pressure coming out in drips, Grievant complained to correctional staff (1) male, 5'9, 190, Bald Head, (2) male 5'10, 198, Black Hair, (3) male 5'6, 185, Bald Head (4) Female, 5'6 120, Dark Hair, Female, 5'7 160, Dark Hair, (5) male, 5'9, 185, Dark Hair, and was told, I can't do nothing about that, Grievant Again asked to be moved and was denied or have it fixed, Grievant Again wrote to (Placement officer, maintenance supervisor, and warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3) and never Received An Response.

On the date of April 12, 2021, Grievant Again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having Insufficiently low water pressure coming out in drips Grievant complained to correctional staff (1) male, 5'9 180, Dark Hair, (2) Female, 5'6, 140, Blonde Hair And was told they are do what they want, Grievant Asked to be moved and was denied, Grievant wrote correctional staff stated Above, and never Received an answer. Grievant Again complained on April 12 2021 And April 13, 2021 about the toilet not working and the sink water being low and was denied to be moved, as the toilet had feces and urine, Grievant wrote the staff stated

above and never heard back. Grievant suffered Physical And mental Injuries.

STATEVILLE C.C.

Assigned Grievance Institution: _____  065  A.B.  Housing Unit: ____  Bed #: ____

1t Lvl rec: _____ JUN 23 2021

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: | Offender: (please print) | ID #: | Race (optional): |
|---|---|---|---|
| 06-21 | Adam Titus | R-43512 | BLK |

Present Facility: Stateville coll center

Facility where grievance issue occurred: Stateville coll center

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [✓] Other (specify): conditions of confinement etc.
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the date of April 8, 2021 Grievant resided in Edward house "A.K.A" (E-house) in cell #702, upon residing in that cell Grievant toilet did not work at all as it did not flush And the water Pressure from the sink was insufficiently low And came out in small drips, and the toilet had feces and urine in it and gave the cell An foul odor, Grievant complained to various Staff/C.O.'s about the cell conditions And were Asking to be moved as I

☑ Continued on reverse

Relief Requested: Actions at a later date.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Offender's Signature _____  ID# R-43512  Date 6-9-21

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**  Date Received: 6/25/21  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per Chief Engineers office. They have not received any recent work orders. Grievant has moved out of Edward 702 on 7/5/21. The current Individuals in custody living in cell Edward 702 have not mentioned any toilet issues to this counselor.

Print Counselor's Name _____  Sign Counselor's Name _____  Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature _____  Date _____

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender's Grievance

Assigned Grievance #/Institution:

Housing Unit:

2nd Lvl rec:

1st Lvl rec:

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R43512 | **Counseling Date** | 06/28/21 07:23:35:390 |
| **Offender Name** | TITUS, ADAM | **Type** | Collateral |
| **Current Admit Date** | 05/06/2005 | **Method** | Grievance |
| **MSR Date** | 12/23/2039 | **Location** | STA GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | E -07-02 | **Staff** | GOMEZ, AMY, Correctional Counselor II |

RECEIPT OF GRIEVANCE ON _6/23/2020___ CONCERNING _CONDITIONS_ . THIS GRIEVANCE
HAS BEEN ASSIGNED GRIEVANCE #951 AND WILL BE REVIEWED AND RESPONDED TO BY THE
COUNSELOR.

**Print Date  6/28/2021**

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R43512 | **Counseling Date** | 10/03/21 08:30:36:697 |
| **Offender Name** | TITUS, ADAM | **Type** | Collateral |
| **Current Admit Date** | 05/06/2005 | **Method** | Grievance |
| **MSR Date** | 12/23/2039 | **Location** | STA  GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | D -09-52 | **Staff** | MCBEE, ANNA, Correctional Counselor II |

GRIEVANCE #951 WAS RECEIVED ON _10/1/21_ BY THE GRIEVANCE OFFICE FOR REVIEW AND
RESPONSE BY GRIEVANCE OFFICER.

E70E
D952

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 10/01/2021    Date of Review: 01/05/2022    Grievance # (optional): 951

Offender: Adam Titus                                  ID#: R43512

**Nature of Grievance:**

Conditions

**Facts Reviewed:**

Grievant claims on a grievance written 6/9/21 that while in E702, his toilet did not work and he has low water pressure.

Grievance Officer finds according to Counselor Scott, according to the Chief Engineer's Office, no work orders were received for the above issue. Grievant was moved out of the cell on 7/5/21. The current residents of the cell have not mentioned any issues with the toilet to the him (Counselor Scott).

**Recommendation:**

Grievance is MOOT.

Anna McBee

_Print Grievance Officer's Name_          _Grievance Officer's Signature_

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 1/18/22      ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

_Chief Administrative Officer's Signature_        1W        1/18/22   _Date_

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Offender's Signature_       R43512  _ID#_        1-11-22  _Date_

Distribution: Master File; Offender          Page 1          DOC 0047 (Rev. 3/2019)

| | | | |
|---|---|---|---|
| Inmate Id: | R43512 | Ret Form Ind: | |
| Name: | TITUS, ADAM | Modify Ind: | |
| Chair Code: | SHBE | Deny Ind: | |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | CONDITIONS | Deferred Ind: | |
| Receive Date: | 01/21/2022 | Moot Ind: | |
| Hearing Date: | 00/00/0000 | Grievance Number: | 951 |
| Mailing Date: | 00/00/0000 | Incident Number: | |
| Grv Loc: | STATEVILLE CC | Incident Date: | 00/00/0000 |
| Hearing Loc: | STATEVILLE CC | Incident Inst: | |
| | | Date Receipted: | 01/24/2022 |

Comments: GRV #951 ALLEGES TOILET DID NOT WORK AND LOW WATER PRESSURE (4/8/21 - CELL 702 E-HOUSE)

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Titus, Adam

ID# : R43512

1/26/22
Date

Facility: Stateville

This is in response to your grievance received on __1/21/22__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __6/9/21__    Grievance Number: __951__    Griev Loc: __STA__

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☒ Conditions (cell conditions, cleaning supplies, etc.) Cell 7:02, toilet issues 4/8/21

☐ Disciplinary Report: Dated: _____ Incident # _____

☒ Other __Claims reported issues with toilet several times throughout April__

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☒ Other: __These claims were not substantiated. Additionally, records reviewed by this office reflect you were seen "face to face"__

while in this cell (3/30/21 to 7/5/21) fourteen (14) times, with no toilet issues being stated.

FOR THE BOARD: _____ CONCURRED: _____

Sherry Benton
Administrative Review Board

Rob Jeffreys
Director

CC: Warden, __Stateville__ Correctional Center
Titus, Adam , ID# R43512

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

AFFiDAViTs

Affidavit

1, Eric Carson "ID" M18899 do hereBy Declare
that I have Personal knowledge of the facts set
forth herein that I am competent to testify and
if called to testify would state as follows:

1, Eric Carson "ID" M18899 resided in E·House at
Stateville Correctional Center in cell # 702 with
My Cellmate Adam Titus "ID" R43512 on the late
of April 8, 2021 to April 14, 2021.

Adam Titus ID# R43512 and I were in cell #
702 without working toilet, and water Pressure (sink)
was insufficiently Low.

We both told C.O.S (John and Jane Does)
about the cell conditions, and needing to use
the bathroom we were Denyed as we were
in the cell and the toilet had feces and urine in
the toilet and gave the cell a faul odor, as
we were being Denyed to be moved.

Pursuant to 28 U.S.C 1746, I declare
under Penalty of Perjury under the laws
of the United States of America tha foregoing
is True and Correct.

ID# M18899

RECEIVED

JUN 23 2021

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Housing Unit: ___ Bed #: ___
2nd Lvl rec: ___

GRIEVANCE DEP... (please print):
Name: ___ Ndah Titus ID #: R-43512 Race (optional): BlK

Present Facility: Stateville Corr center
Facility where grievance issue occurred: Stateville CORR center

RECEIVED
STATEVILLE C.C.
OCT ... 2021
BY ... DEPARTMENT

☐ Personal Property  ☐ Mail Handling  ☐ Medical Treatment  ☐ ADA Disability Accommodation
☑ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility  ☑ Other (specify): conditions of confinement etc.
☐ Disciplinary Report

Date of report ___ Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the date of Afil 8, 2021 Grievant fesided in Edward house a.K.n "(E-house) in cell #702, upon fesiding in that Cell Grievant toilet did not work at all as it did not flush. And the water fessure from the sink was Insufficiently low And came out in small drips and the toilet had feces And ufine in it and gave the cell An foul odor. Grievant complained to various staff/c.o.'s about the cell conditions And were Asking to be moved as I

☑ Continued on reverse

Relief Requested: Actions at a later date.

Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Check if this is NOT an emergency grievance.

Offender's Signature ___ ID# R-43512 ___ Date 6-9-21

(Continue on reverse side if necessary)

Counselor's Response (if applicable)  Date Received: 6/25/21  ☐ Send directly to Grievance Officer

Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Per Chief Engineers office, They have not received any recent work orders. Grievant has moved out of Edward 702 on 7/5/21. The current Individuals in custody living in cell Edward 702 have not mentioned any toilet issues to this counselor.

Print Counselor's Name T. Scott  Sign Counselor's Name T. Scott  Date 9/15/21

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:  Date Received: ___

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature ___ Date ___

Distribution: Master File; Offender  Page 1 of 2  DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: ______ Housing Unit: E Bed #: 702

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: ______ 2nd Lvl rec: ______

were being told that "welcome to E-house" they fix it when they want, and that they will not move you. Grievant then wrote to the placement officer to be moved and never got an response (see copy of letter Ex 1). Grievant also wrote to the maintenance supervisor (see copy of letter Ex. 2) and never got an response. Grievant then wrote to warden Gomez (see copy of letter Ex 3) and never received an response. Grievant complained to six correctional staff (1) male, 5'8 190, Black Hair (2) male, 5'9 190, Bald Head, (3) female, 5'6 185, Black Hair (4) male, 5'10, 195 Black Hair, (4) male, 5'8 175, Black Hair (5) male, 5'9 190, Black Hair, (6) Female, 5'4, 120. Grievant was denied to be moved as well as fix it.

On the date of April 9, 2021 Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male 5'7, 160, Bald Head, (2) male 5'8", 160 Black Hair, (3) Female, 5'9 175, Black Hair, (4) male, 5'9 175, Black Hair, and was told by all staff (They do what they want around here." Grievant asked to be moved and was denied. Grievant again wrote to (Placement Officer, maintenance supervisor and warden Gomez, see copys of letter Ex. 1, Ex. 2, Ex. 3) and never received an response.

On the date of April 10, 2021, Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) Female, 5'6, 158, Black Hair, (2) male, 5'9, 190, Black Hair, (3) male, 5'8, 180, Dark Hair, (4) female 5'10, 150 Black Hair, and were told that (I don't think they gone fix it). Grievant asked to be moved and was denied. Grievant again wrote to (Placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex. 1, Ex. 2, Ex. 3) and never received an response.

On the date of April 11, 2021 Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male, 5'9, 190 Bald Head, (2) male 5'10, 198, Black Hair, (3) male 5'6, 185, Bald Head (4) Female, 5'6 120, Dark Hair, Female, 5'7 160, Dark Hair, (5) male 5'9 185, Dark Hair, and was told, I can't do nothing about that. Grievant again asked to be moved and was denied of have it fixed. Grievant again wrote to (Placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex 1, Ex 2, Ex 3) and never received an response.

On the date of April 12, 2021, Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male 5'9 180, Dark Hair, (2) Female, 5'6, 140, [illegible] and was told they gone do what they want. Grievant asked to be moved and was denied. Grievant wrote correctional staff stated above, and never received an answer. Grievant again complained on April 12, 2021 and April 13, 2021 about the toilet not working and the sink water being low and was denied to be moved, as the toilet had feces and urine. Grievant wrote the staff stated above and never heard back. Grievant suffered physical and mental injuries.

Distribution: Master File; Offender Page 2 of 2 DOC 0046 (Rev. 01/2020)

STATEVILLE C.C.

Signed Grievance W/Restitution: _____   ___ 065   ___   ___   Housing Unit: ___   Bed #: ___

JUN 2-3 2021

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: ___

Lvl rec ___

| ...te: | GRIEVANCE DEC (please print): | ID #: | Race (optional): |
|---|---|---|---|
| ...BY: | Adam Titus | R-43512 | BLK |

Present Facility: Stateville Corr Center   Facility where grievance issue occurred: Stateville Corr Center

**...ture of grievance:**

☐ Personal Property          ☐ Mail Handling          ☐ Medical Treatment          ☐ ADA Disability Accommodation
☑ Staff Conduct              ☐ Dietary                ☐ HIPAA                     ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☑ Other (specify): conditions of confinement etc.
☐ Disciplinary Report

_____   _____
Date of report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

...mplete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated ...ked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

...mmary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for ...ch person involved):

On the date of April 8, 2021 Grievant (resided in Edward house "M.H." (E-house) in cell #702 upon residing in that cell Grievant toilet did not work at all as it did not flush And the water Pressure from the sink was Insufficiently low And came out in small drips and the toilet had feces And urine in it and gave the cell An foul odor Grievant complained to various staff/C.O.'s about the cell conditions And were Asking to be moved as I

☑ Continued on reverse

**...lief Requested:** actions at a later date.

_____
_____
_____
_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_____   _____   _____
Offender's Signature   R-43512 (ID#)   6-9-21 (Date)

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 6/25/21   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

...esponse:
Per, Chief Engineers office, They have not received any recent work orders. Grievant has moved out of Edward 702 on 7/5/21. The Current Individuals in custody living in cell Edward 702 have not mentioned any toilet issues to this counselor.

_____   _____   _____
Print Counselor's Name      Sign Counselor's Name      Date

...ote to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**...MERGENCY REVIEW:**   Date Received: ___

...s this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   _____
Chief Administrative Officer's Signature      Date

Assigned Grievance #/Institution: ______ Housing Unit: E Bed #: 702

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: 2nd Lvl rec:

were being told that "welcome to E house" they fix it when they want, and that they will not move you. Grievant then wrote to the placement officer to be moved and never got an response (see copy of letter Ex.1). Grievant also wrote to the maintenance supervisor (see copy of letter Ex.2) and never got an response. Grievant then wrote to warden Gomez (see copy of letter Ex.3) and never received an response. Grievant complained to six correctional staff (1) male, 5'8, 190, Black hair, (2) male, 5'9 190 Bald Head, (3) female, 5'6 185, Black hair, (4) male, 5'10, 195 Black hair, (4) male, 5'8, 195, Black hair, (5) male, 5'9, 190 Black hair, (6) Female, 5'6, 170. Grievant was denied to be moved as well as fix it.

On the date of April 9, 2021 Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male 5'7, 160, Bald Head, (2) male 5'8, 160, Black hair, (3) Female, 5'9, 175, Black hair, (4) male, 5'9 175, Black hair, and was told by all staff "They do what they want around here." Grievant asked to be moved and was denied. Grievant again wrote to placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3.) and never received an response.

On the date of April 10, 2021 Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) Female, 5'6, 158, Black hair, (2) male, 5'9, 190, Black hair, (3) male, 5'8, 180, Dark hair, (4) female 5'10, 150, Black hair, and was told that (I don't think they gone fix it). Grievant asked to be moved and was denied. Grievant again wrote to placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3) and never received an response.

On the date of April 11, 2021 Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male, 5'9, 190, Bald Head, (2) male 5'10, 198, Black hair, (3) male 5'6, 185, Bald Head (4) Female, 5'6 170, Dark hair, Female, 5'9 160, Dark hair, (5) male, 5'9 185, Dark hair, and was told, I can't do nothing about that. Grievant again asked to be moved and was denied or have it fixed. Grievant again wrote to placement officer, maintenance supervisor and warden Gomez, see copys of letter Ex.1, Ex.2, Ex.3) and never received an response.

On the date of April 12, 2021 Grievant again complained about his toilet not flushing or working and the feces and urine inside the toilet and the smell/foul odor as well as the sink having insufficiently low water pressure coming out in drips. Grievant complained to correctional staff (1) male, 59 180, Dark hair (2) Female, 5'6, 140, Black hair and was told, they gone do what they want. Grievant asked to be moved and was denied. Grievant wrote correctional staff stated above, and never received an answer. Grievant again complained on April 12 2021 and April 13, 2021 about the toilet not working and the sink water being low and was denied to be moved, as the toilet had feces and urine. Grievant wrote the staff stated

Distribution: Master File; Offender Page 2 of 2 DOC 0046 (Rev. 01/2020)

above and never heard back. Grievant suffered physical and mental injuries.

Grievant complained to 8 staff on April 12 2021 and April 14 2021

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | |
|---|---|

Date Received: 10/01/2021    Date of Review: 01/05/2022    Grievance # (optional): 951

Offender: Adam Titus    ID#: R43512

**Nature of Grievance:**
Conditions

**Facts Reviewed:**
Grievant claims on a grievance written 6/9/21 that while in E702, his toilet did not work and he has low water pressure.

Grievance Officer finds according to Counselor Scott, according to the Chief Engineer's Office, no work orders were received for the above issue. Grievant was moved out of the cell on 7/5/21. The current residents of the cell have not mentioned any issues with the toilet to the him (Counselor Scott).

**Recommendation:**
Grievance is MOOT.

Anna McBee
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

Date Received: 1/18/22    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature          1/18/22
Date

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature          ID#          Date
R43512          1-11-22

Distribution: Master File; Offender          Page 1          DOC 0047 (Rev. 3/2019)

DOC 3047 (Rev. 3/2019)

Printed on Recycled Paper

Distribution: Master File; Offender

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO OFFENDER'S GRIEVANCE (Continued)**