IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM TITUS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 23-cv-02036 |
| | ) | Appeal No. 24-1714 |
| v. | ) | |
| | ) | Judge John F. Kness |
| PLACEMENT OFFICER THORNTON *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By an order (Dkt. 30) entered on March 29, 2024, the Court dismissed Plaintiff's amended complaint, as well as the entire case, for failure to state a claim. A final judgment was entered that same day. (Dkt. 31.) An attorney subsequently appeared on Plaintiff's behalf and filed a notice of appeal. (*See* Dkt. 33-36.) Counsel did not first move this Court for reconsideration of the dismissal order, but counsel's appellate brief identifies and clarifies facts that previously had been obscured in Plaintiff's *pro se* pleading. Given counsel's brief, this Court is inclined to reconsider dismissal of this lawsuit. This Court therefore requests that the Court of Appeals remand the case so that this Court may vacate the March 29, 2024 judgment and reconsider the dismissal order. *See* Fed. R. App. P. 12.1; Fed. R. Civ. P. 62.1. The Clerk of Court is directed to send a copy of this order to the PLRA Attorney, United States Court of Appeals for the Seventh Circuit.

SO ORDERED.

Date: June 24, 2024

JOHN F. KNESS
United States District Judge