# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 3, 2024

Before
AMY J. ST. EVE, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 24-1714 | ADAM TITUS,<br>    Plaintiff - Appellant<br><br>v.<br><br>DAVID GOMEZ, et al.,<br>    Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-02036<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness | |

We **VACATE** the judgment and **REMAND** the case for further proceedings in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)