IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Adam Titus, | ) | |
| | ) | |
| Plaintiff, | ) | No. 23-cv-02036 |
| | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| Placement Officer Thornton *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in *Titus v. Gomez*, No. 24-1714 (7th Cir. Dec. 3, 2024) (*see* Dkt. 41), this case may proceed. As the Seventh Circuit instructed, this Court "should consider in the first instance whether the late substitution of the proposed defendants would preclude the defendants or be otherwise incompatible with Rule 15(c)(1)(C)." *Id*. But the Court has located no pleading in which Plaintiff identified the John or Jane Doe defendants by name. On the contrary, the only named Defendants in this case—Placement Officer Thornton and Warden Gomez—have remained the same since Plaintiff's initiation of this lawsuit. On or before February 14, 2025, therefore, counsel for Plaintiff must file a statement on the docket explaining whether he intends to proceed on the *pro se* complaint (Dkt. 28) Plaintiff submitted on March 11, 2024, or whether counsel instead requests leave on behalf of Plaintiff to file an amended complaint.

SO ORDERED in No. 23-cv-02036.

Date: January 31, 2025

JOHN F. KNESS
United States District Judge