IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Adam Titus, R43512, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 23-cv-02036 |
| v. | ) |
| | ) Honorable John F. Kness |
| Placement Officer Thornton, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## STATEMENT

On January 31, 2025, the Court ordered that:

> [o]n or before February 14, 2025, therefore, counsel for Plaintiff must file a statement on the docket explaining whether he intends to proceed on the pro se complaint (Dkt. 28) Plaintiff submitted on March 11, 2024, or whether counsel instead requests leave on behalf of Plaintiff to file an amended complaint.

(Dkt. 44.) In response, Plaintiff Adam Titus states that he intends to proceed on the February 5, 2024, Amended Complaint (Dkt. 23) that the Court dismissed with prejudice on March 29, 2024. The first sentence of the Court's March 29 dismissal order states "Plaintiff's amended complaint (Dkt. 23) is dismissed with prejudice on screening for failure to state a claim." The February 5, 2024, Amended Complaint is the sole source for the well-pled facts cited in Mr. Titus' June 21, 2024, appellate brief.

Those same well-pled facts form the factual basis for the Court of Appeals' analysis and *vacatur*. (*See* Dkt. 41 at 2.)[1]

Once the February 5 Amended Complaint is served upon the defendants, Mr. Titus will seek the identities of the John/Jane Doe Correctional Officers through discovery. When those identities are obtained, Mr. Titus will seek leave to amend his complaint accordingly.

| | |
|---|---|
| Dated: February 14, 2025 | Respectfully Submitted, |
| | ADAM TITUS |
| | By: */s/ Andrew C. Nordahl* <br> Attorney for Plaintiff |
| | Andrew C. Nordahl (ID# 6226999) <br> NORDAHL LAW LLC <br> 2765 Clara Avenue <br> Aurora, Illinois 60502 <br> Telephone: (312) 493-6389 <br> nordahl.law@icloud.com |
| | *Counsel for Plaintiff* |

---

[1] "We draw the facts of this case from the allegations in the amended complaint, which are assumed to be true, along with documents that Titus attached as exhibits."